EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CR. NO.  CR 02-00269 SOM |
| )   | |
| Plaintiff,   ) | **INDICTMENT** |
| )   | |
| vs.   ) | [18 U.S.C. §§ 922(g)(1)&(3); |
| )   | 18 U.S.C. § 924(a)(2); |
| KEOKI JONATHAN KEKUA ARAUJO,   ) | 26 U.S.C. § 5861] |
| )   | |
| Defendant.   ) | |
| _____) | |

### I N D I C T M E N T

#### COUNT 1

The Grand Jury charges that:

On or about February 22, 2002, in the District of Hawaii, defendant KEOKI JONATHAN KEKUA ARAUJO, having been

convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a 20 gauge shotgun, bearing serial number D 522587.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

The Grand Jury further charges that:

On or about February 22, 2002, in the District of Hawaii, defendant KEOKI JONATHAN KEKUA ARAUJO, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a 20 gauge shotgun, bearing serial number D 522587.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 3

The Grand Jury further charges that:

On or about February 22, 2002, in the District of Hawaii, defendant, KEOKI JONATHAN KEKUA ARAUJO, did knowingly receive and possess a shotgun with a barrel length less than eighteen inches, to wit, a 20 gauge shotgun, bearing serial

number D 522587, with a barrel length of approximately 15 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

DATED: June 20, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Keoki Jonathan Kekua Araujo
Cr. No.
"INDICTMENT"