# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 3, 2006

To:  United States Court of Appeals     Attn:  ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                        (✓)   Criminal
     95 Seventh Street
     San Francisco, California 94103            ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 02-00269 SOM          Appeal No:    05-10326
Short Title:  USA vs. ARAUJO

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| SEALED docs | 1 | envelope folder - docket # 36, 37, 54 |
| Reporter's Transcripts | 4 | volumes (✓) original ( ) certified copy<br>8/21/02, 12/16/02, 4/14/03, 2/6/04, 4/18/05 |

Other:
-certified copy of docket sheet

Acknowledgment: _____  Date: _____

cc: all counsel of record