UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2006

at __ o'clock and 15 min. __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>KEOKI JONATHAN KEKUA ARAUJO,<br><br>Defendant - Appellant. | No. 05-10326<br>D.C. No. CR-02-00269-SOM<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 03/14/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR - 5 2006

by
Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 14 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-10326 |
| Plaintiff - Appellee, | D.C. No. CR-02-00269-SOM |
| v. | |
| KEOKI JONATHAN KEKUA ARAUJO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted March 8, 2006**

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

Keoki Jonathan Kekua Araujo appeals from his guilty-plea conviction and 70-month sentence for possession of an unregistered weapon in violation of 26 U.S.C. § 5861(d).

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Araujo has filed a brief stating that she finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR - 5 2006

by
Deputy Clerk

MOATT ORALSC
i

INTERNAL USE ONLY: Proceedings include all events.
05-10326 USA v. Araujo

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Ronald G. Johnson, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| KEOKI JONATHAN KEKUA ARAUJO<br>    Defendant - Appellant | Georgia K. McMillen, Esq.<br>FAX 808/891-9393<br>808/891-9393<br>[COR LD NTC cja]<br>P.O. Box 1512<br>Wailuku Maui, HI 96793 |