October 18, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**RECEIVED**
CLERK U.S. DISTRICT COURT
OCT 20 2006
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR02-269 SOM
**Appeal Number:** 05-10326
**Short Title:** USA v. Araujo

**Volumes**

| | | | | |
|---|---|---|---|---|
| Clerk's Records in: | 2 | | 0 Certified Copy(ies) | |
| Reporters Transcripts in: | 4 | | | |
| Bulky Documents in: | 1 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |
| State Lodged Docs in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 3, 2006

| | | | |
|---|---|---|---|
| To: | United States Court of Appeals<br>For the Ninth Circuit<br>Office of the Clerk<br>95 Seventh Street<br>San Francisco, California 94103 | Attn: ( )<br>(✓)<br>( ) | Civil<br>Criminal<br>Judge |

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:       CR 02-00269 SOM        Appeal No:   05-10326

Short Title:   USA vs. ARAUJO

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| SEALED docs | 1 | envelope folder - docket # 36, 37, 54 |
| Reporter's Transcripts | 4 | volumes (✓) original ( ) certified copy<br>8/21/02, 12/16/02, 4/14/03, 2/6/04, 4/18/05 |

Other:
~~certified copy of docket sheet~~

Acknowledgment: _____      Date: _____

cc: all counsel of record